IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr191-MHT |
| | ) | (WO) |
| JEFFERY NOLAN BENNETT | ) | |

ORDER

It is ORDERED that defendant Jeffery Nolan
Bennett's motion for appointment of counsel (doc. no.
652) is denied.

There is no constitutional right to counsel in
postconviction proceedings. *See Pennsylvania v.
Finley*, 481 U.S. 551, 555 (1987) ("[T]he right to
appointed counsel extends to the first appeal of right,
and no further."). The Eleventh Circuit Court of
Appeals has held that there is no statutory right to
counsel on motions for sentence reduction under a
similar statute, 18 U.S.C. § 3582(c)(2). *See United
States v. Webb*, 565 F.3d 789, 794 (11th Cir. 2009).
The court sees no reason for a different rule here. In
addition, the court finds that Bennett has sufficiently
raised the relevant factual issues and that the legal

issues are not so complex that he needs the assistance of counsel.

DONE, this the 14th day of September, 2020.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE